**Order entered August 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00382-CV

### IN RE STANLEY NGO, Relator

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-00021**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Lori Chrisman Hockett, Judge of the 255th Judicial District Court, to **VACATE** her March 5, 2013 order granting Mai Tran's motion for partial summary judgment.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of her order issued in compliance with this order.

We **ORDER** that relator recover his costs of this original proceeding from real party in interest.

/s/    MICHAEL J. O'NEILL
       JUSTICE